IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME DUNSON,<br><br>　　　　　Plaintiff<br><br>　VS.<br><br>BILL KISSELL,<br><br>　　　　　Defendant | **NO. 5:09-CV-269 (HL)**<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

### RECOMMENDATION ON MOTION FOR PRELIMINARY INJUNCTION

Plaintiff JEROME DUNSON has filed a letter which has been construed to be a request for a preliminary injunction. Tab #13. Upon review of the same, the undersigned first notes that plaintiff has failed to certify that he has served a copy of his "motion" upon the defendant. Hence, no response is required of the defendant.

The undersigned also notes that the relief sought therein concerns allegations of harassment and retaliation on the part of prison authorities who are not part of this lawsuit, to-wit: the Georgia Department of Corrections and the warden at Baldwin State Prison. In addition, the undersigned notes that the subject matter of plaintiff's lawsuit is lack of and denial of medical/dental care and treatment.

Accordingly, IT IS RECOMMENDED that plaintiff's "motion" be DENIED. If plaintiff wishes to proceed with a new legal action against those he contends are harassing and/or retaliating against him, he may file a new lawsuit dealing with that claim. Pursuant to 28 U.S.C. §636(b)(1), the parties may file written objections to this RECOMMENDATION with the Clerk of court directed to the district judge assigned to this case, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 9th day of OCTOBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE