**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

JEROME DUNSON,     :
            :
  Plaintiff,     :
            :
v.          :   Case No. 5:09-CV-269 (HL)
            :
BILL KISSELL,     :
            :
  Defendant.    :

## ORDER

This case is before the Court on the Recommendation on Motion for Preliminary Injunction (Doc. 16) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr.  The Magistrate Judge, having reviewed the Plaintiff's Motion for Preliminary Injunction (Doc. 13) (the "Motion") pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends denying the Motion because the individuals against whom the Plaintiff seeks relief are not parties to this suit.  The Plaintiff did not file an objection to the Recommendation.  The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Motion (Doc. 13) is denied.

   **SO ORDERED**, this the 16th day of June, 2010.

         *s/  Hugh Lawson*
         HUGH LAWSON, SENIOR JUDGE

jch