**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

JEROME DUNSON,       )
                            )
       Plaintiff,    )
                            )
    v.               )     **CIVIL ACTION NO. 5:09-CV-269(MTT)**
                            )
BILL KISSELL,       )
                            )
       Defendant.    )
                            )

## ORDER

This case is before the Court on the Recommendation (Doc. 31) (the

"Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. on

Defendant Bill Kissell's Motion to Dismiss (Doc. 14). The Magistrate Judge

recommends dismissing the Plaintiff's case for failure to state a claim. The Plaintiff has

objected to the Recommendation (Doc. 35). Pursuant to 28 U.S.C. § 636(b)(1), the

Court has thoroughly considered Petitioner's Objection and has made a de novo

determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of

the Magistrate Judge. The Recommendation is adopted and made the order of this

Court. The Motion to Dismiss (Doc. 14) is **GRANTED**.

**SO ORDERED**, this the 21st day of August, 2010.


                    S/ Marc T. Treadwell
                    MARC T. TREADWELL, JUDGE
                    UNITED STATES DISTRICT COURT


jch